IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT E. HOUSE,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-16-CV-408-PRM |
| WAL-MART STORES TEXAS,<br>LLC,<br>　　Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this ___14___ day of August, 2017.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE